UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \*\*

| | |
|---|---|
| JAMES JEFFERSON KENNER, | )<br>) CASE NO.: 3:14-CV-00463-RCJ-WGC |
| Plaintiff, | )<br>) |
| v. | ) O R D E R<br>) |
| SGT. DONNELLY, *et al.*, | )<br>) |
| Defendant. | )<br>) |

The Court has considered the Report and Recommendation of United States Magistrate (ECF #27) entered on June 22, 2016, in which the Magistrate Judge recommends the Court dismiss this action and deny the Motion for Summary Judgment (ECF #23) as moot. The Court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

ADOPTS AND ACCEPTS the Report and Recommendation of the United States Magistrate Judge (ECF #27).

IT IS HEREBY ORDERED that this action is DISMISSED.

IT IS FURTHER ORDERED that the Defendant's Motion for Summary Judgment (ECF #23) is DENIED AS MOOT.

IT IS FURTHER ORDERED that The Clerk shall enter judgment accordingly and close this case.

IT IS SO ORDERED this 8${}^{th}$ day of July, 2016.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE